UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-22811-CIV-MORENO**

RANDOLPH CARRILLO JIMENEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant Jimenez's Motion to Vacate Sentence **(D.E. No. 1)**, filed on **August 6, 2013**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 8)** on **March 31, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the Movant did not file objections to the Report and Recommendation, and the time to do so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 8)** on **March 31, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Movant's Motion to Vacate Sentence is DENIED. For the reasons stated in the Report and Recommendation, Carrillo Jimenez cannot establish that his sentence was substantively unreasonable. Jimenez's claim of ineffective assistance of counsel fails where

he has not shown that his counsel's performance affected the outcome of his appeal. *United States v. Nyhuis,* 211 F.3d 1340, 1344 (11th Cir. 2000); *Miller v. Dugger,* 858 F.2d 1536, 1538 (11th Cir. 1988). Even if trial counsel's performance was deemed deficient, Jimenez suffered no prejudice from counsel's inaction. *See Strickland v. Washington,* 466 U.S. 668, 687, 694 (1984). Jimenez's claim that the sentence was substantively unreasonable is procedurally barred from collateral review under 28 U.S.C. § 2255 and without merit.

(2) No Certificate of Appealability shall issue. The claim raised is procedurally barred and/or without merit, and Petitioner therefore cannot satisfy the requirements set forth in *Slack v. McDaniel,* 529 U.S. 473, 478 (2000).

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of April, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Randolph Carrillo Jimenez, *Pro Se*
Reg. No. 39318-004
Federal Detention Center
P.O. Box 019120
Miami, FL 33101-9120

Alexandra Hui, AUSA
U.S. Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401